## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO 9:17-CV-80487-KAM-CIV (MARRA)

| | |
|---|---|
| WADE GLENN WHITWORTH, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| v. | |
| HH-ENTERTAINMENT, INC. D/B/A HUSTLER HOLLYWOOD., | |
| *Defendant*, | |
| _____/ | |

## **FINAL JUDGMENT**

The Court, having entered the Order Granting Plaintiff's Unopposed Motion for Final Approval of Settlement, Application for Service Award, Class Counsel's Application for Attorneys' Fees and Expenses, and Final Judgment and Dismissal with Prejudice, dated July 6, 2018 ("Final Approval Order") (DE # 54), hereby **ORDERS AND ADJUDGES** as follows:

1. The Court incorporates herein by reference the Final Approval Order.

2. The Action is hereby dismissed with prejudice, each side to bear its own fees and costs, except as otherwise provided in the Final Approval Order.

3. This Court hereby retains continuing jurisdiction over: (a) the implementation of the Settlement; and (b) the Parties and the Settlement Class Members for the purpose of construing, enforcing and administering the Agreement.

4. The Clerk of this Court is instructed to close this case.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, on this 6th day of July, 2018.

KENNETH A. MARRA
United States District Judge

Copies furnished to: Counsel of Record